PAUL PACE, Individually, and PAUL PACE, General
Partner of P.M.R. PROPERTIES, a Limited Partner-
ship, Appellants, v. LEE LINTON, Respondent.

No. 12115

March 19, 1981                    625 P.2d 84

*Albright, McGimsey & Stoddard,* and *John A. Warnick,* Las
Vegas, for Appellants.

*James L. Buchanan, II,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal in a breach of contract action. The
respondent Linton, a Nevada architect, sued to recover a
$10,000.00 professional fee for services rendered to appellants
in the construction of the Post Realty Building in Las Vegas.
On appeal, the sole question is whether sufficient evidence was
adduced to justify the district court's determination that
respondent had performed his contractual obligations and was
entitled, therefore, to the agreed-upon compensation.

Findings of fact shall not be set aside unless clearly errone-
ous, and due regard shall be given to the opportunity of the
trial court to judge the credibility of the witnesses. NRCP 52.

Our task when reviewing the appropriateness of findings and judgments rendered by district courts is to ". . . determine whether there is substantial evidence in the record to support the findings and judgment of the district judge." Utley v. Airoso, 86 Nev. 116, 118, 464 P.2d 778 (1970); Savini Constr. Co. v. A & K Earthmovers, 88 Nev. 5, 7, 492 P.2d 125 (1972); Brandon v. Travitsky, 86 Nev. 613, 615, 472 P.2d 353 (1970).

Here, although the evidence was conflicting, there was substantial proof to support the district court's findings and judgment. Accordingly, we affirm the court's judgment and its award of damages.